UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff

v.                                    Case No. 24-30536
                                    Originating No. 24CR71

**BILAL MOURTADA SAFAWI**

       Defendant.
_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant, **BILAL MOURTADA SAFAWI,** to answer charges pending in another federal district, and states:

1. On **December 18, 2024**, the defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the **Eastern District of Texas based on a Superseding Indictment. The defendant is charged in that district with violating 18 USC Sections 1349 and 1343 – Conspiracy to Commit Wire Fraud and Mail Fraud and Wire Fraud.**

2. Rule 5 requires this Court to determine whether the defendant is the person named in the arrest warrant, Fed. R. Crim. P. 5(c)(3)(D)(ii); whether the defendant is

entitled to a preliminary hearing, Fed. R. Crim. P. 5(c)(3)(C); and whether the defendant should be detained, Fed. R. Crim. P. 5(d)(3).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

    Respectfully submitted,

    Dawn N. Ison
    United States Attorney

    *s/ Sarah Alsaden*
    SARAH ALSADEN
    Assistant U.S. Attorney
    211 W. Fort Street, Suite 2001
    Detroit, MI 48226
    (313) 226-9100

Dated: December 18, 2024